**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6586**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD LEE PENNIX,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CR-96-63, CA-99-334-7)

─────────

Submitted:  June 15, 2000                Decided:  June 26, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Ronald Lee Pennix, Appellant Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Lee Pennix seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Pennix, Nos. CR-96-63; CA-99-334-7 (W.D. Va. Mar. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2